UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYATA BLAKE,<br><br>    Plaintiff,<br><br>    v.<br><br>KATHLEEN ALLISON, et al.,<br><br>    Defendants. | No. 2:23-cv-0208 AC P<br><br><br>ORDER |

Plaintiff has filed a motion for a thirty-day extension of time to file a first amended complaint. ECF No. 18. The current deadline is November 2, 2023. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 18) is GRANTED; and

2. Plaintiff is granted an additional thirty days, up to December 4, 2023, to file his first amended complaint.

DATED: October 19, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE