UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYATA BLAKE,<br><br>        Plaintiff,<br><br>    v.<br><br>KATHLEEN ALLISON, et al.,<br><br>        Defendants. | No. 2:23-cv-0208 AC P<br><br>ORDER |

Plaintiff has filed a motion for a thirty-day extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 23) is GRANTED; and

2. Plaintiff is granted thirty days from the service of this order in which to file an amended complaint.

DATED: December 14, 2023

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1